UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Case No. 1:20-cv-05531
CRYSTAL GRANT,

                                  Plaintiff,        **STIPULATION TO**
                                                         **SUBMIT MATTER TO BINDING**
         -against-                         **ARBITRATION AND STAY**
                                                         **THIS ACTION PENDING**
THE DOE FUND, INC., WILLIAM GLENN,     **ARBITRATION**
*Individually* and EUNICE GILMORE, *Individually*,

                                  Defendants.
-------------------------------------------------------------X

**IT IS STIPULATED BY AND AGREED**, by and between Plaintiff CRYSTAL GRANT and Defendants THE DOE FUND, INC., WILLIAM GLENN, and EUNICE GILMORE, that pursuant to the Protective Covenants and Arbitration Agreement entered into between Plaintiff and The Doe Fund covering all claims in the above referenced action, Plaintiff will submit her claims to binding arbitration and comply with all other terms and conditions for arbitration as set forth in the Arbitration Agreement. It is further stipulated and agreed that this Action will be stayed until final determination of the arbitration proceedings.

Dated: New York, New York
         October 19, 2020

Brittany A. Stevens
Katerina Housos
Phillips & Associates, PLLC
*Attorneys for Plaintiff*
45 Broadway, Suite 430
New York, NY 10006
Tel: (212) 248-7431

Jacqueline C. Gerrald
McLaughlin & Stern, LLP
*Attorneys for Defendants*
260 Madison Avenue
New York, NY 10016
Tel: (212) 448-1100

**SO ORDERED.**

_____
J. PAUL OETKEN
United States District Judge

October 20, 2020