UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Case No. 1:20-cv-05531 (JPO)
CRYSTAL GRANT,

                            Plaintiff,              **STIPULATION OF**
                                                                   **VOLUNTARY DISMISSAL**
          -against-                            **WITH PREJUDICE**

THE DOE FUND, INC., WILLIAM GLENN,
*Individually* and EUNICE GILMORE, *Individually*,

                            Defendants.
-----------------------------------------------------------------X

       **IT IS STIPULATED BY AND AGREED**, by and between counsel for Plaintiff CRYSTAL GRANT and Defendants THE DOE FUND, INC., WILLIAM GLENN, and EUNICE GILMORE, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims that were asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed, with prejudice, and without costs, fees, or expenses to any party, and an order to that effect may be entered without further notice.

Dated:  New York, New York                           Dated:  New York, New York
            May 7, 2021                                        May 17, 2021

PHILLIPS & ASSOCIATES, PLLC              McLAUGHLIN & STERN, LLP

_____                  _____
Brittany A. Stevens                                      Jacqueline C. Gerrald
45 Broadway, Suite 430                             260 Madison Avenue
New York, NY 10006                                 New York, NY 10016
Tel: (212) 248-7431                                     Tel: (212) 448-1100
*Attorneys for Plaintiff*                                       *Attorneys for Defendants*

                                                  **SO ORDERED**

July 13, 2021                                        _____
                                                  J. PAUL OETKEN
                                                  United States District Judge

{N0304416.1}

14